No. 12–718.   ATKINS v. BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 12–720.   HYLIND v. XEROX CORP.   C. A. 4th Cir.   Certiorari denied.

No. 12–721.   GREENWOOD v. UTAH.   Sup. Ct. Utah.   Certiorari denied.

No. 12–724.   MOGHADDAM-TRIMBLE v. SOUTH FLORIDA WATER MANAGEMENT DISTRICT.   C. A. 11th Cir.   Certiorari denied.

No. 12–725.   VURIMINDI v. LINK ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 12–727.   BASQUEZ v. JANDA, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 12–728.   CHRISTOFF, ADOPTIVE FATHER, GUARDIAN, AND NEXT FRIEND OF K. C., A MINOR, ET AL. v. OHIO NORTHERN UNIVERSITY EMPLOYEE BENEFIT PLAN.   C. A. 6th Cir.   Certiorari denied.

No. 12–730.   HERRON v. WILLIAMS (Reported below: 687 F. 3d 971); and HERRON v. CRUTCHER-SANCHEZ (687 F. 3d 979).   C. A. 8th Cir.   Certiorari denied.

No. 12–731.   KIM v. MARINA DISTRICT DEVELOPMENT CO., LLC, DBA BORGATA HOTEL CASINO & SPA.   C. A. 3d Cir.   Certiorari denied.

No. 12–732.   RAMON OCHOA v. RUBIN, AKA RUBIN OCHOA.   Super. Ct. Pa.   Certiorari denied.

No. 12–735.   YOUNG v. ADDISON, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 12–736.   SIBLEY v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 12–737.   CIARLONE ET AL. v. CITY OF READING, PENNSYLVANIA, ET AL.   C. A. 3d Cir.   Certiorari denied.